ASSOCIATION OF PLUMBING AND HEATING CONTRACTORS OF GREATER NEW YORK, INC., Appellant, *v.* WILLIAM MERTEN, Respondent.

Argued March 12, 1942; decided April 23, 1942.

*Arthur Steinberg* and *Martin Gottlieb* for appellant.

*William A. Morges* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.